723 A.2d 587

IN THE MATTER OF JOHN ARMELLINO,
AN ATTORNEY AT LAW.

February 8, 1998.

## ORDER

The Office of Attorney Ethics having filed with the Court a petition pursuant to Rule 1:20–3(g)(4) and Rule 1:20–11(a) seeking the immediate temporary suspension from practice of **JOHN ARMELLINO** of **BRICK,** who was admitted to the bar of this State in 1976, and respondent through counsel having interposed no objection to the relief sought, and good cause appearing;

It is ORDERED that **JOHN ARMELLINO** is temporarily suspended from the practice of law, effective immediately, and until further Order of this Court; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by, pursuant to *Rule* 1:21–6 shall be restrained from disbursement except on application to this Court, for good cause shown, pending the further Order of this Court; and it is further

ORDERED that **JOHN ARMELLINO** be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20 dealing with suspended attorneys.